

NUMBER 13-16-00217-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DILLON TRANSPORT INC., DILLON
TRANSPORT IN ITS COMMON OR
ASSUMED NAME, AND KENNETH
EUGENE JENNINGS,                                                    **Appellants,**

**v.**

THERESA GAMEZ AND
MIGUEL A. GARCIA SR.,                                               **Appellees.**

## On appeal from the 117th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Hinojosa
Memorandum Opinion Per Curiam**

Appellants, Dillon Transportation Inc., Dillon Transport in its common or assumed

name, and Kenneth Eugene Jennings, perfected an appeal in appellate cause number

13-16-00217-CV from a judgment entered by the 117th District Court of Nueces County, Texas, in trial court cause number 2015DCV-0235-B. On December 27, 2016, appellants and appellees, Theresa Gamez and Miguel A. Garcia Sr., filed a joint motion to dismiss the appeal in this Court. The motion states that the parties have reached a settlement agreement and that the parties desire to dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d). Any pending motions are dismissed as moot. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of January, 2017.

2